DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN LUPERCIO-LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-221 WBS |
| Plaintiff, ) ) | |
| ) v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| ) JUAN LUPERCIO-LUNA, ) | |
| ) Defendant. ) ) _____ ) | Date:  November 17, 2008 Time:  8:30 a.m. Judge: William B. Shubb |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of October 20, 2008, be vacated and a new Status Conference hearing date of November 17, 2008, at 8:30 a.m. be set.

This continuance is requested because Attorney Daniel McConkie is presently on paternity leave and will not be available until after November 14, 2008.

It is further stipulated that the period from October 20, 2008, 2008, through and including November 17, 2008, should be excluded

///

///

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: October 16, 2008
4                                              Respectfully submitted,
5                                              DANIEL J. BRODERICK
                                                Federal Defender
6
                                                /s/ Mary M. French
7                                              _____
                                                MARY M. FRENCH
8                                              Supervising Assistant Federal
                                                Defender
9                                              Attorney for Defendant
                                                JUAN LUPERCIO-LUNA
10
11
    Dated: October 16, 2008                    MCGREGOR W. SCOTT
12                                              United States Attorney

13                                              /s/  Mary M. French for
                                                     Daniel McConkie
14                                             _____
                                                DANIEL McCONKIE
15                                              Assistant U.S. Attorney

16

17                                  **ORDER**

18  **IT IS SO ORDERED.**

19  Dated: October 20, 2008

20                         _____
                            WILLIAM B. SHUBB
21                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stip & Order                                2